IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LOST ACRES, LLC | ) | Bankruptcy No. 15-40390-REG |
| | ) | Chapter 7 |
| Debtor | ) | |

### APPLICATION FOR AUTHORITY TO SELL ALL REAL AND TANGIBLE PERSONAL PROPERTY OF LOST ACRES, LLC dba LOST ACRES RV PARK, FREE AND CLEAR OF LIENS AND ENCUMBRANCES WITH LIENS AND ENCUMBRANCES TO ATTACH TO THE PROCEEDS OF THE SALE

Comes now Edward Chosnek, Trustee herein, by counsel, and respectfully represents to Court as follows:

1. That the above bankruptcy was filed on August 11, 2015 as a Chapter 11 and on April 19, 2017 was converted to a Chapter 7 and the undersigned was appointed Trustee.
2. That Trustee has been operating Debtor's business, consisting of a campground of 235 full RV sites, 95 sites with electric and water only, totaling 75.85 acres, to maximize the value of the assets prior to a sale and to minimize all of the issues related to identifying and refunding deposits and rents and the impact to third parties who had made deposits or prepaid rent while the Debtor was a Debtor in Possession.
3. That on or about June 1, 2017, Trustee filed an Application to Employ Parks and Places, Inc. as a Listing and Marketing Agent for Lost Acres RV Park.  This Court entered an Order on June 12, 2017 authorizing the employment of Parks and Places, Inc. as Listing and Marketing Agent.  Pursuant to said Order Trustee entered into a Service Provision Contract with Parks and Places, Inc.
4. That Parks and Places, Inc., with the assistance of Trustee, created a Park Profile, consisting of approximately 20 pages of detailed information about Lost Acres RV Park together with maps and 85 pictures of all the Park features.  The information was compiled into a brochure and placed on Parks and Places Inc.'s website and directly marketed with potential purchasers in their database.
5. That in early July 2017, Trustee began negotiations through Parks and Places, Inc. with Robert LaBree for the purchase of the real estate and tangible personal property of Lost Acres RV Park, which culminated in Trustee entering into an Asset Purchase Agreement on July 6, 2017 together with an Addendum thereto, all of which is attached hereto as Exhibit A.
6. That said Asset Purchase Agreement included the real estate consisting of approximately 75.85 acres and briefly described as the South Half of the Southeast Quarter and four acres off the east side of the Southeast Quarter of the Southwest Quarter, all in Section 7, Township 27 North, in Range 3 West and commonly known as 3148 N. 400 E, Monticello Indiana and more completely

      described in the Deed to Lost Acres, LLC dated August 28, 2004 which is attached heretofor as Exhibit B.

7. That the negotiated purchase price for the assets referenced in said Asset Purchase Agreement is $1,225,000.00 which is substantially in excess of an appraisal performed by Dale Webster, a general certified appraiser, on February 17, 2016 that indicated a value of $1,000,000.00.

8. That said Asset Purchase Agreement had a number of due diligence contingencies including multiple inspections and production of information and documentation to the proposed Purchaser Robert LaBree and or his assigns which resulted in significant back and forth communication and documentation.   Because of the prior operational history and Trustee's more recent involvement there were delays in Trustee being able to locate and provide information and, as a result, Addendum #1 was executed, which extended the due diligence deadline and provided details regarding the Earnest Money deposit, a copy of Addendum #1 is attached hereto as Exhibit C.

9. Because Parks and Places, Inc. did not have a Trust account it was necessary for Trustee to have Trustee's lawfirm prepare an Escrow Agreement for Earnest Money to be received and, accordingly, Addendum #2 and #3 and the Escrow Agreement was entered into, all of which are attached hereto as Exhibit D.

10. That because additional inspections were required Trustee entered into Addendum #4 extending the due diligence to August 24, 2017, a copy of which is attached hereto as Exhibit E.

11. That an additional contingency was proof of financing by Purchaser and Purchaser's lender was willing to give a contingent commitment based upon an appraisal that was adequate for the financing and as a result of negotiations between Trustee and Purchaser.   An Agreement was made, as reflected in Addendum #5, where Purchaser acknowledged that due diligence was satisfactory, and that Purchaser, at his expense, would start the appraisal process, a copy of Addendum #5 is attached hereto as Exhibit F.

12. That Purchaser has provided to Trustee a letter of commitment from his lender which is attached as Exhibit G.

13. That Trustee requests authority to sell the assets referenced in the Asset Purchase Agreement pursuant to the terms of the Asset Purchase Agreement including all Addendums thereto, at private sale to Robert LaBree or his assigns, free and clear of all liens and encumbrances with all liens and encumbrances to attach to the proceeds of the sale.

14. That Trustee believes that a conclusion of the sale pursuant to the Asset Purchase Agreement for the sum of $1,225,000.00 is in the best interest of the Estate for the following reasons:
    a. That the purchase price is substantially in excess of the appraisal obtained in February, 2016;
    b. That Lost Acres RV Park has been actively marketed by a company that specializes in the marketing and sale of campgrounds as reflected herein;
    c. That the Court had approved Trustee operating Lost Acres RV Park for the limited purpose of maximizing its value on a sale and the conclusion of a timely sale is in the best interest of the Estate for the reason that additional expenses and risk will be incurred by any delay;

        d.      That Trustee believes, based on a review of the Debtor's schedules, that this sale will result in proceeds, after payment of administrative expenses incurred in the Chapter 11, Chapter 7 expenses and commissions due Parks and Places, sufficient to pay all creditors in full.

WHEREFORE, Trustee prays that this Court approve a sale of Lost Acres RV Park at private sale to Robert LaBree or his assigns pursuant to the terms of the Asset Purchase Agreement and all of the Addendums thereto for the sum of $1,225,000.00, free and clear of all liens and encumbrances with all liens and encumbrances to attach to the proceeds of the sale and to pay all expenses related to the sale.

Respectfully submitted,
    /s/ Edward Chosnek

Trustee
P.O. Box 708
Lafayette, Indiana   47902
Telephone:   (765) 742-9081
E-mail: trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of August, 2017, service of a true and complete copy of the foregoing pleading was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

U.S. Trustee, USTPRegion10.SO.ECF@usdoj.gov
Angela Holbrook, 8041 S. Yarrow Street, Littleton, CO 80128

David A. Rosenthal, darlaw@nlci.com
Ellen L. Triebold, Ellen.L.Triebold@usdoj.gov
James T. Hodson, jim@hodsonlawoffice.com
Ryan C. Munden, rcm@rtslawfirm.com
Terry K. Hiestand, thiestand@hiestandlaw.com

Donald J. Tribbett, djt@tribbettlaw.com

    /s/ Edward Chosnek